UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 4:19-cv-10211-JLK

TREASURE CAY CONDOMINIUM ASSOCIATION,
INC. A/K/A TREASURE CAY CONDO ASSOC INC.,

    Plaintiff,

v.

FRONTLINE INSURANCE UNLIMITED COMPANY,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS AND BILL OF COSTS

THIS CAUSE is before the Court on the January 13, 2023 Report and Recommendation (DE 103) ("R&R") of Magistrate Judge Jacqueline Becerra. The R&R recommends granting in part and denying in part Plaintiff's Motion for Attorney's Fees and Costs (DE 96) and Plaintiff's Motion for Bill of Costs (DE 91). R&R at 1.

Specifically, the R&R recommends that Plaintiff's be entitled to fees pursuant to 28 U.S.C. § 1447(c) and that Plaintiff be ordered to file a renewed motion for attorneys' fees and costs within thirty days of the conclusion of the state court action or to resubmit those attorneys' fees and costs that relate to the removal within thirty days of the District Court's order. *See generally* R&R. No objections to the R&R have been filed, and the time to do so has passed.

Accordingly, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law and facts of the case. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that:

1. Magistrate Judge Becerra's January 13, 2023 Report and Recommendation **(DE 103)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of the Court;

2. Plaintiff's Motion for Attorneys Fees and Costs **(DE 96)** and Motion for Bill of Costs **(DE 91)** are hereby **GRANTED IN PART AND DENIED IN PART;**

3. Plaintiff's Motions are granted insofar as Plaintiff is entitled to fees and costs pursuant to 28 U.S.C. § 1447(c); and

4. Plaintiff **SHALL FILE** a renewed motion for attorney's fees and costs within **THIRTY (30) days** of the conclusion of the state court action outlining those costs and fees that relate to the removal.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building, in Miami, Florida this 1st day of February, 2023.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    **All counsel of record**
       **Magistrate Judge Jacqueline Becerra**